**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>TEMILOLU O SLACK<br><br>Debtor(s) | Case No. 10-07982 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/26/2010.

2) The plan was confirmed on 04/23/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/08/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 03/04/2015.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 65.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $710.00.

10) Amount of unsecured claims discharged without payment: $145,974.55.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $55,133.00 |
| Less amount refunded to debtor | $1,367.68 |
| **NET RECEIPTS:** | **$53,765.32** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,298.35 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,798.35** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA CHECKMATE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| AARONS | Secured | 250.00 | 250.00 | 250.00 | 250.00 | 16.35 |
| ADVANCE AMERICA | Unsecured | 688.27 | NA | NA | 0.00 | 0.00 |
| ADVANCED ORAL & MAXILLOFACIA | Unsecured | 1,220.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 140.35 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HINSDALE HOSPITAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 1,491.18 | 1,491.18 | 1,491.18 | 149.12 | 0.00 |
| ASPIRE VISA | Unsecured | 1,270.29 | NA | NA | 0.00 | 0.00 |
| BB PROCESSING | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | NA | 829.88 | 829.88 | 82.99 | 0.00 |
| BRUCE GRONNER DDS & ASSOC | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,100.73 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,223.92 | 1,584.41 | 1,584.41 | 158.44 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 758.80 | 7,645.00 | 7,645.00 | 764.50 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 914.65 | 914.65 | 914.65 | 91.47 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 914.65 | NA | NA | 0.00 | 0.00 |
| CONFIN FIRST BANK OF DELAWARE | Unsecured | 541.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERVICES | Secured | 14,747.00 | 13,899.99 | 13,899.99 | 13,899.99 | 1,652.70 |
| CONTINENTAL FINANCE | Unsecured | 445.24 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 1,641.83 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 1,641.83 | 1,641.83 | 1,641.83 | 164.18 | 0.00 |
| CPS SECURITY | Unsecured | 14,508.01 | NA | NA | 0.00 | 0.00 |
| DIAMOND CENTER | Unsecured | 1,628.70 | NA | NA | 0.00 | 0.00 |
| DISNEY | Unsecured | 23.40 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EMERGENCY HEALTHCARE PHYSIC | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| ENH FACULTY PRACTICE | Unsecured | 24.65 | NA | NA | 0.00 | 0.00 |
| ENH FACULTY PRACTICE | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| ENH FACULTY PRACTICE | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 617.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL SERVICES | Unsecured | 1,137.97 | NA | NA | 0.00 | 0.00 |
| GINNYS | Unsecured | 177.85 | 665.26 | 665.26 | 66.53 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 1,025.00 | 1,025.00 | 1,025.00 | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| HORIZON EMERGENCY PHYSICIAN ( | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 15,481.00 | 20,337.53 | 20,337.53 | 20,337.53 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 52,316.00 | 77,154.54 | 77,154.54 | 7,715.45 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 347.05 | 374.15 | 374.15 | 37.42 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 511.00 | 260.74 | 260.74 | 26.07 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 485.55 | 485.55 | 485.55 | 48.56 | 0.00 |
| LVNV FUNDING | Unsecured | 5,677.00 | 5,288.54 | 5,288.54 | 528.85 | 0.00 |
| MAGES & PRICE | Unsecured | 636.00 | NA | NA | 0.00 | 0.00 |
| MASSEYS | Unsecured | 462.39 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 501.60 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 885.52 | 1,154.29 | 1,154.29 | 115.43 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | NA | 1,363.19 | 1,363.19 | 136.32 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | NA | 668.90 | 668.90 | 66.89 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 869.75 | 888.23 | 888.23 | 88.82 | 0.00 |
| MIDNIGHT VELVET | Unsecured | 1,649.04 | 1,916.65 | 1,916.65 | 191.67 | 0.00 |
| MONROE & MAIN | Unsecured | 716.00 | 738.00 | 738.00 | 73.80 | 0.00 |
| MONTGOMERY WARD | Unsecured | 727.94 | 807.14 | 807.14 | 80.71 | 0.00 |
| NATIONWIDE LOANS LLC | Unsecured | 315.51 | 79.88 | 79.88 | 7.99 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE UNIVERSITY HEALTH | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST PODIATRY CENTER | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| OAK BROOK TERRACE FIRE PRO DIS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| OAK PARK PHYSICIANS GROUP | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| OAK PARK PHYSICIANS GROUP | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,438.80 | NA | NA | 0.00 | 0.00 |
| PODIATRIC MANAGEMENT SYSTEM | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 704.00 | 673.75 | 673.75 | 67.38 | 0.00 |
| RUSH OAK PARK HOSPITAL | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA GOLD | Unsecured | 623.58 | NA | NA | 0.00 | 0.00 |
| SARITA L WOODSON DDS | Unsecured | 432.49 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 713.18 | 713.18 | 713.18 | 71.32 | 0.00 |
| SIR FINANCE | Unsecured | 2,008.00 | 4,070.00 | 4,070.00 | 407.00 | 0.00 |
| SKO BRENNER AMERICAN | Unsecured | 51.21 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 1,737.08 | NA | NA | 0.00 | 0.00 |
| STORAGE MART | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| TOWN OF CICERO | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 824.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSAL FIDELITY CORP | Unsecured | 738.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 276.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 30.90 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US BANK | Unsecured | 55.00 | 550.00 | 550.00 | 55.00 | 0.00 |
| US BANK | Unsecured | NA | 55.00 | 55.00 | 5.50 | 0.00 |
| US BANK | Unsecured | NA | 933.42 | 933.42 | 93.34 | 0.00 |
| VERSAILLES ON THE LAKES APARTI | Unsecured | 3,722.95 | 4,122.95 | 4,122.95 | 412.30 | 0.00 |
| VILLAGE OF ARLINGTON HEIGHTS | Unsecured | NA | 1,033.50 | 1,033.50 | 103.35 | 0.00 |
| VILLAGE OF BELLWOOD | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,899.99 | $13,899.99 | $1,652.70 |
| All Other Secured | $250.00 | $250.00 | $16.35 |
| **TOTAL SECURED:** | **$14,149.99** | **$14,149.99** | **$1,669.05** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $20,337.53 | $20,337.53 | $0.00 |
| **TOTAL PRIORITY**: | **$20,337.53** | **$20,337.53** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$119,128.81** | **$11,810.40** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,798.35 |
| Disbursements to Creditors | $47,966.97 |
| **TOTAL DISBURSEMENTS** : | **$53,765.32** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/10/2015                               By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**